UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>        Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER VACATING HEARING RE: MOTION TO DISMISS**<br><br>Re: Docket No. 21 |

On October 2, 2014, Defendant Fidelity National Title Insurance Company filed a Motion to Dismiss. Dkt. No. 21. As the Court previously referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference, all motion to dismiss hearing dates have been vacated pending resolution of this ADR process. Accordingly, the November 6 noticed hearing date and all briefing deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: October 2, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge