UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>        Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER TO SHOW CAUSE RE: FORECLOSURE SALE** |

The Court is in receipt of a letter from Defendant First American Trustee Servicing Solutions, LLC, which indicates that it has scheduled the trustee's sale of the real property that is the subject of this action for Monday June 1, 2015 at 12:00 p.m.  Dkt. No. 51.  The Court ORDERS First American and Defendants Wells Fargo Bank, N.A. and HSBC USA, N.A., to SHOW CAUSE as to why the foreclosure may proceed, particularly in light of the Temporary Restraining Order entered by the Alameda Superior Court prior to Defendants' removal to this Court.  Responses are due on May 18, 2015, and should be no longer than 10 pages, double-spaced, exclusive of supporting evidence.

     **IT IS SO ORDERED.**

Dated: May 11, 2015

                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge