UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 12 |

Pending before the Court is Wells Fargo Bank, N.A. and HSBC USA, N.A.'s ("Defendants") Motion to Dismiss.  Dkt. No. 12.  The Court requests supplemental briefing from Defendants and Plaintiff concerning the following issue:

In Plaintiff's last bankruptcy proceeding, commenced on December 5, 2011 (*see* Dkt. No. 13-1, "Exhibit M"), did the bankruptcy court impose a stay on Plaintiff's creditors?  If so, was this the result of an automatic stay or was Plaintiff required to demonstrate good cause or meet some other prerequisite before the stay was entered?  To the extent answers to these questions can be found in documents already before the Court, please provide precise citations.  Alternatively, if answers can be found in judicially noticeable documents, please provide them.

Responses are due on May 18, 2015, and should be no longer than 5 pages, double-spaced, exclusive of supporting evidence.

**IT IS SO ORDERED.**

Dated: May 11, 2015

                                                                                 
MARIA-ELENA JAMES
United States Magistrate Judge