UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 53 |

On May 11, 2015, the Court ordered Plaintiff and Defendants to submit supplemental briefing concerning questions relating to Defendants' Motion to Dismiss. Dkt. No. 53; *see also* Dkt. No. 53-1 (Proof of Service). Responses were due by May 18, 2015. Order at 1. Defendants timely responded, *see* Dkt. Nos. 55, 58; however, as of the date of this Order, the Court has not received a response from Plaintiff.

Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 5, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 18, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge