UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>      Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER DISCHARGING OSC AND SETTING SUPPLEMENTAL BRIEFING RESPONSE DEADLINE**<br><br>Re: Dkt. No. 62 |

On May 28, 2015, the Court ordered Plaintiff Kayode Powell to show cause as to why he failed to respond to the Court's earlier order requesting supplemental briefing concerning Defendants' Motions to Dismiss. Dkt. No. 62 (Order to Show Cause); *see also* Dkt. No. 53 (Order for Suppl. Briefing). Plaintiff has timely and adequately responded (Dkt. No. 65), and accordingly the Court DISCHARGES the Order to Show Case. Plaintiff shall file his response to the Court's Order for Supplemental Briefing by June 15, 2015.

**IT IS SO ORDERED.**

Dated: June 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge