UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>              Plaintiff,<br><br>       v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>              Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER RE: FILING DEADLINES AND CONTINUING HEARING**<br><br>Re: Dkt. Nos. 107, 109 |

Defendants First American Trustee Servicing Solutions, LLC, Wells Fargo Bank, N.A., and HSBC USA, N.A. (collectively, "Defendants") have filed Motions to Dismiss Plaintiff Kayode Powell's ("Plaintiff") Second Amended Complaint.  Dkt. Nos. 107, 109.  Plaintiff filed his Opposition on July 14, 2016, but the Clerk's Office did not enter it on to the docket until July 26, 2016.  *See* Dkt. No. 112.  As there is no proof of service indicating Plaintiff otherwise served Defendants with his Opposition, it appears Defendants have not replied at this point because they were unaware Plaintiff filed an Opposition.  The Court has made efforts with the Clerk's Office to ensure that such filing errors do not happen again.  Additionally, under the circumstances, the Court finds it appropriate to extend the deadline by which Defendants may file their Replies to August 12, 2016.  The Court further **CONTINUES** the hearing on this matter to August 25, 2016.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge