UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 14-cv-04248-MEJ<br><br>**ORDER RE: REQUEST FOR TELEPHONIC CONFERENCE**<br><br>Re: Dkt. No. 167 |

Before the Court is Defendant Wells Fargo Bank, N.A.'s request for a telephonic conference to enforce the joint letter requirement of the Court's discovery standing order. ECF No. 167. Wells Fargo indicates it has not been able to obtain Plaintiff Kayode Powell's portions of four joint discovery letters to the Court. *Id.* at 1. In lieu of a telephonic conference, the Court **ORDERS** Powell to provide his portions of the four joint discovery letters to Wells Fargo no later than September 11, 2018. The Court reminds the parties that failure to comply with this Order may result in the imposition of sanctions. *See* Fed. R. Civ. P. 37(b).

    **IT IS SO ORDERED.**

Dated: August 28, 2018

                                                                       _____

                                                                       MARIA-ELENA JAMES<br>
                                                                        United States Magistrate Judge