UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYODE POWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>        Defendants. | Case No. 14-cv-04248-TSH<br><br>**ORDER RE: ERIC MERCER'S CONTINUING DUTY TO SERVE PLAINTIFF KAYODE POWELL**<br><br>Re: Dkt. No. 197 |

On March 29, 2019, the Court granted Eric Mercer's motion to withdraw as counsel of record for Plaintiff Kayode Powell on the condition that Mercer continue to serve all documents for forwarding purposes until Powell files a notice of his address for service or a substitution of counsel. Order at 5, ECF No. 200. For all such documents, the Court also ordered Mercer to e-file proof of service upon Powell. *Id.* As there is no indication Mercer served the March 29 order on Powell, the Court **ORDERS** Mercer to e-file proof of service by April 15, 2019.

**IT IS SO ORDERED.**

Dated: April 12, 2019

THOMAS S. HIXSON
United States Magistrate Judge